Michelle S. Nesbett
Nesbett & Nesbett, PC
750 W. 2nd Ave., Suite 105
Anchorage, Alaska 99501
Phone: (907) 770-6920
michelle@nesbettlaw.com

Attorney for Defendant Jesse Lockuk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Commissioner of Alaska, D.O.C., )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JESSE LOCKUK, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:12-cv-00163-SLG-DMS<br><br>**NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE 2254 RESPONSE** |

COMES NOW, Defendant, Jesse Lockuk, by and through undersigned counsel, and hereby moves the court for an extension of time to file the 2254 response. The response is currently due November 26, 2012. Undersigned is requesting 45 days in the instant motion.

Undersigned counsel has only recently entered an appearance in this case. Undersigned has not had enough time to review the case file and become familiar with the case due to the amount of discovery. In addition, the undersigned was extremely ill and out of the office from November 5th to November 13th.

Undersigned counsel has contacted Kenneth M. Rosenstein, counsel for the Commissioner of Alaska and received a non-opposition to this motion for extension of time. Defendant requests an extension of approximately 45 days to file the response. The new due date for the response

USA v Lockuk, 3:12-cr-00163-SLG-DMS
Motion for Extension of Time
Page 1 of 2

Case 3:12-cv-00163-SLG-DMS   Document 7   Filed 11/20/12   Page 1 of 2

would then be January 10, 2012. This motion is supported by the attached Affidavit of Counsel in Support of Motion for Extension of Time, and shows good cause to extend the response date.

DATED at Anchorage, Alaska, this 20th day of November, 2012.

NESBETT & NESBETT, PC

____/s_____
Michelle S. Nesbett
Attorney for Defendant
Alaska Bar No. 0705028

CERTIFICATE OF SERVICE
I hereby certify that on May 15, 2012
a copy of foregoing Entry of Appearance
was served ELECTRONICALLY on:
Kenneth M. Rosenstein
s/ Michelle S. Nesbett

USA v Lockuk, 3:12-cr-00163-SLG-DMS
Motion for Extension of Time
Page 2 of 2

Case 3:12-cv-00163-SLG-DMS   Document 7   Filed 11/20/12   Page 2 of 2