Michelle S. Nesbett
Nesbett & Nesbett, PC
750 W. 2nd Ave., Suite 105
Anchorage, Alaska 99501
Phone: (907) 770-6920
michelle@nesbettlaw.com

Attorney for Petitioner Jesse Lockuk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JESSE LOCKUK, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>Commissioner Joseph Schmidt, )<br>Department of Corrections, )<br>Warden Joe Driver, )<br>Respondent. )<br>_____ ) | Case No. 3:12-cv-00163-SLG-DMS<br><br>**NOTICE RE: REPLY<br>TO RESPONSE TO<br>AMENDED PETITION** |

COMES NOW, Petitioner, Jesse Lockuk, by and through undersigned counsel, and hereby gives notice that in lieu of replying to the Respondent's response to Mr. Lockuk's Amended Petition, Mr. Lockuk is concurrently filing a motion for leave to file his Second Amended Petition. Mr. Lockuk will be filing no other response to the Respondent's Response to Amended Petition.

DATED at Anchorage, Alaska, this 30th day of May, 2013.

NESBETT & NESBETT, PC

____/s_____
Michelle S. Nesbett
Attorney for Petitioner
Alaska Bar No. 0705028

USA v Lockuk, 3:12-cr-00163-SLG-DMS
Motion to accept late-filed opposition to motion to dismiss
Page 1 of 2

Case 3:12-cv-00163-SLG-DMS   Document 27   Filed 05/30/13   Page 1 of 2

CERTIFICATE OF SERVICE
I hereby certify that on May 30, 2013
a copy of foregoing Motion for Extension of Time
was served ELECTRONICALLY on:
Kenneth M. Rosenstein
s/ Michelle S. Nesbett

USA v Lockuk, 3:12-cr-00163-SLG-DMS
Motion to accept late-filed opposition to motion to dismiss
Page 2 of 2

Case 3:12-cv-00163-SLG-DMS   Document 27   Filed 05/30/13   Page 2 of 2